Case 4:18-cv-02447   Document 2   Filed in TXSD on 07/17/18   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALPER KARAALI, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2447 |
| | § | |
| MATTHEW HOFFMAN and | § | |
| JAMES C. LEE, | § | |
|     Defendants. | § | |

## **DISMISSAL ORDER**

Plaintiff Alper Karaali, *pro se*, filed this legal malpractice case against Defendants Matthew Hoffman and James C. Lee, appearing to assert subject matter jurisdiction on the basis of diversity of citizenship. *See* Complaint [Doc. # 1], p. 2 ("The Court has jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional amount."). Plaintiff asserts, however, that he and Defendant Hoffman are both citizens of Texas. *See id.* Absent complete diversity between Plaintiff and all Defendants, this Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332. *See Alviar v. Lillard*, 854 F.3d 286, 289 (5th Cir. 2017) ("for diversity jurisdiction to exist under 28 U.S.C. § 1332, 'all persons on one side of the controversy [must] be citizens of different states than all persons on the other side.'") As a result, it is hereby

**ORDERED** that this case is **DISMISSED for lack of subject matter jurisdiction**. The dismissal is without prejudice to Plaintiff's ability to refile the lawsuit in the appropriate Texas state court.

SIGNED at Houston, Texas, this  17th  day of **July, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE